COURT OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                      FORT
WORTH

 

 

                                           NO.
2-08-302-CV

 

 

ERA INVESTMENTS, L.L.C.                                                   APPELLANT

 

                                                      V.

 

WANDA SIPILOVIC AND                                                        APPELLEES

AMERICA=S
MARKET, INC.

                                                  ------------

 

              FROM
THE 96TH DISTRICT COURT OF TARRANT COUNTY

 

                                                  ------------

 

                   MEMORANDUM
OPINION[1] AND
JUDGMENT

 

                                                  ------------








We have considered the AJoint Motion to Set Aside Judgment and Remand Pursuant to Settlement@ filed by appellant and appellees. 
It is the court=s opinion
that the motion should be granted. 
Accordingly, without regard to the merits, we vacate the trial court=s judgment and remand the case to the trial court for rendition of a
judgment in accordance with the parties= settlement agreement.  See Tex.
R. App. P. 42.1(a)(2)(B); Innovative Office Sys., Inc. v. Johnson, 911
S.W.2d 387, 388 (Tex. 1995).

Appellant ERA Investments,
L.L.C., and Appellees Wanda Sipilovic and America=s Market, Inc. shall each pay half of the costs of this appeal, for
which let execution issue.  See
Tex. R. App. P. 43.4.

 

PER CURIAM

 

PANEL: 
HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: 
November 13, 2008











[1]See Tex.
R. App. P. 47.4.